UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSMONDO DWAYNE SMITH,<br><br>       Plaintiff,<br><br>  -against-<br><br>SUPERINTENDENT MILLER; JANE DOE (1); JANE DOE (2), WORKING IN THE MAIL ROOM,<br><br>       Defendants. | 23-CV-5811 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 13, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 13, 2024
    New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge